JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT WADE, | Case No. CV 10-7841 DSF (VBKx) |
| Plaintiff, | |
| vs. | JUDGMENT |
| COUNTY OF LOS ANGELES, et al., | |
| Defendants. | |

The Court having ordered that summary judgment be entered in favor of Defendants,

IT IS ORDERED AND ADJUDGED that the Plaintiff take nothing, that the action be dismissed on the merits and that Defendants recover their costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Dated: December 27, 2011

_____
Dale S. Fischer
United States District Judge